

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00366-CV

WELLS FARGO ADVISORS,                                                        APPELLANTS
WICHITA FALLS BRANCH; AND
HOWARD LOTT

V.

LOYD CHUMLEY, TRUSTEE AS                                                        APPELLEE
FIDUCIARY FOR LARRY JACKSON
BENEFICIARY

------------

## FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 22, 2013, we notified appellants that their brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a).  *See* Tex. R. App. P. 38.6(a).  We stated we could dismiss the appeal for want of prosecution

---

[1]*See* Tex. R. App. P. 47.4.

unless appellants or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellants' brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: April 4, 2013